FILED IN MY OFFICE
DISTRICT COURT CLERK
11/21/2014 2:08:23 PM
STEPHEN T. PACHECO
Victoria Neal

FIRST JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF SANTA FE

Cause No.  D-101-CV-2014-02466

RENE SOLIZ,

    Plaintiff,

vs.

NEW MEXICO DEPARTMENT OF PUBLIC
SAFETY and JERRY ARNOLD in his individual
and official capacities as a State Police employee,

    Defendants.

## JURY DEMAND

COMES NOW Plaintiff, Rene Soliz, by and through his attorneys, Paul W. Grace LLC, and hereby demands a trial by jury of six-persons in connection with all issues triable thereto.

    Respectfully submitted,

    PAUL W. GRACE, L.L.C.

    By: /s/Paul W. Grace_____
        Paul W. Grace, Esq.
        117 N. Guadalupe St., Ste. A
        Santa Fe, New Mexico 87501
        (505) 690-8505
        Attorney for Plaintiff

EXHIBIT B