FILED IN MY OFFICE
DISTRICT COURT CLERK
11/26/2014 3:23:52 PM
STEPHEN T. PACHECO
Monica Chavez Crespin

FIRST JUDICIAL DISTRICT COURT
STATE OF NEW MEXICO
COUNTY OF SANTA FE

Cause No. D-101-CV-2014-02466

RENE SOLIZ,

    Plaintiff,

vs.

NEW MEXICO DEPARTMENT OF PUBLIC
SAFETY and JERRY ARNOLD in his individual
and official capacities as a State Police employee,

    Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 26, 2014, I served the following documents by hand at the Office of the Attorney General, 408 Galisteo Street, Villagra Building, Santa Fe, NM 87501:

1. Summons and Complaint directed to New Mexico Department of Public Safety;
2. Summons and Complaint directed to Jerry Arnold;
3. Jury Demand.

    Respectfully submitted,

    PAUL W. GRACE, L.L.C.

By: /s/Paul W. Grace
    Paul W. Grace, Esq.
    117 N. Guadalupe St., Ste. A
    Santa Fe, New Mexico 87501
    (505) 690-8505
    Attorney for Plaintiff

EXHIBIT D