STATE OF NEW MEXICO
COUNTY OF SANTA FE
FIRST JUDICIAL DISTRICT COURT

CAUSE NO. D-101-CV-2014-02466

RENE SOLIZ,

    Plaintiff,

vs.

NEW MEXICO DEPARTMENT
OF PUBLIC SAFETY and JERRY ARNOLD,
in his individual and official capacities
as a State Police employee,

    Defendants.

## ACCEPTANCE OF SERVICE AND WAIVER OF SERVICE OF PROCESS

COMES NOW, Brennan & Sullivan, P.A. (James P. Sullivan), on behalf of Defendant Jerry Arnold, and hereby accepts service of process of the Complaint filed by Plaintiff in the above matter. Formal service of process is hereby waived.

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.

By: */s/ James P. Sullivan*
James P. Sullivan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendants*

EXHIIBIT E

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of February, 2015, the foregoing was electronically filed and served through the First Judicial District Court's electronic filing system to the following:

Paul W. Grace, Esq.
Paul W. Grace, LLC
117 N. Guadalupe St., Ste. A
Santa Fe, NM  87501
Paulgracelaw@gmail.com
*Attorneys for Plaintiff*

By: */s/ James P. Sullivan*
James P. Sullivan