# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

## SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE LAURA FASHING

Caption: *Soliz v. New Mexico Department of Public Safety et al*
1:15-cv-00123-KBM-LF

Date & Time: Monday, February 22, 2016, at 9:00 a.m.

Appearances for Plaintiffs:    Appearances for Defendants:

*PWG* Paul Grace    James Sullivan */S/*
    Christina Brennan */S/*

Plaintiff(s) in Attendance:    Defendant(s) in Attendance:

Rene Soliz

Others Attending:

DAVID MANN (RISK MGMT.)
Jimmy Glascock - (NMSP)
Aaron Rodriguez (DPS NMSP)      } → Defendant representatives
Jerry Arnold (APD)

____ Case settled. Per order filed concurrently, closing documents due on _____.

____ Case did not settle.

_X_ Settlement efforts ~~to be continued on~~ will continued until 2/29/2016 at 5:00 pm

_X_ Pecos Courtroom; Time in Court = 2 hours.