**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**RENE SOLIZ,**

       **Plaintiff,**

vs.                                       **Cause No. 15-CV-00123 KBM/LF**

**NEW MEXICO DEPARTMENT**
**OF PUBLIC SAFETY and JERRY ARNOLD,**
**in his individual and official capacities**
**as a State Police employee,**

       **Defendants.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of May, 2016, a **Notice of Deposition Duces Tecum of Ian Alexander, M.D.**, and a **Notice of Deposition Duces Tecum of Jesse Knight, M.D.**, were emailed to the following:

Paul W. Grace, Esq.
Paul W. Grace, LLC
117 N. Guadalupe St., Ste. A
Santa Fe, NM 87501
Paulgracelaw@gmail.com
*Attorneys for Plaintiff*

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.


By: */s/ James P. Sullivan*
James P. Sullivan
Christina L. G. Brennan
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of May, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Paul W. Grace, Esq.
Paul W. Grace, LLC
117 N. Guadalupe St., Ste. A
Santa Fe, NM 87501
Paulgracelaw@gmail.com
*Attorneys for Plaintiff*

By: */s/ James P. Sullivan*
James P. Sullivan